But for one exception to the rationale, I concur. The exception is that, while I agree that the plaintiffs' claims are within the exclusive reserved jurisdiction of the Barbour Circuit Court, I do not agree that all of the plaintiffs' claims necessarily attempt to attack the Robertson settlement. The plaintiffs' claims that, after the Robertson settlement, the defendants wrote the plaintiffs letters misrepresenting the causes of the increases in the premiums to be paid by the plaintiffs, do not seem necessarily to attack the Robertson settlement. Rather, these claims seem simply to be included in the exclusive reserved jurisdiction of the Barbour Circuit Court over matters "relating to the settlement or the consummation of the settlement" or "pertaining to the settlement or its implementation and enforcement." *Page 482